# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | 8:22CR176 |
| vs. | ) | |
| **MICHAEL BLAINE LEE,** | ) | **ORDER** |
| Defendant | ) | |

This matter is before the court on defendant, Michael Blaine Lee's Unopposed Motion to Continue Trial [40]. Counsel advises the court that additional time is needed to conduct plea negotiations. Accordingly:

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [40] is granted, as follows:

1. The jury trial, **for both defendants**, now set for October 4, 2022, is continued to **November 15, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 15, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **September 27, 2022.** The objecting party must comply with all requirements of NECrimR 59.2.

**DATED:** September 20, 2022

> **BY THE COURT:**
>
> s/ Susan M. Bazis
> **United States Magistrate Judge**