## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | 8:22CR176 |
| vs. | ) | |
| **JOSE RUMUALDO-GALLARDO,** | ) | **ORDER** |
| Defendant | ) | |

This matter is before the court on defendant, Jose Rumualdo-Gallardo's Amended Unopposed Motion to Continue Trial [47]. Counsel needs additional time to complete plea negotiations. The court is advised the co-defendant has no objection to the continuance. Accordingly:

**IT IS ORDERED** that the Amended Unopposed Motion to Continue Trial [47] is granted, as follows:

1. The jury trial, **for both defendants**, now set for November 15, 2022, is continued to **January 24, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 24, 2023,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. The Unopposed Motion to Continue Trial [46] is denied as moot.

**DATED:** November 1, 2022

        **BY THE COURT:**

        **s/ Susan M. Bazis**
        **United States Magistrate Judge**