IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:22CR176 |
| vs. | ) | |
| MICHAEL BLAINE LEE, | ) | ORDER |
| Defendant | ) | |

This matter is before the court on defendant, Michael Blaine Lee's Amended Unopposed Motion to Continue Trial [50]. For the reasons set forth in the motion, the undersigned magistrate judge finds good cause to grant a continuance. The court is advised the co-defendant has no objection to the continuance. Accordingly:

**IT IS ORDERED** that the Amended Unopposed Motion to Continue Trial [50] is granted, as follows:

1. The jury trial, **for both defendants**, now set for January 24, 2023, is continued to **March 28, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 28, 2023,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. The Unopposed Motion to Continue (Filing 49) is denied as moot.

**DATED:  January 6, 2023**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**