IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | 8:22CR176 |
| vs. | ) | |
| **MICHAEL BLAINE LEE,** | ) | **ORDER** |
| Defendant | ) | |

This matter is before the court on defendant, Michael Blaine Lee's Amended Unopposed Motion to Continue Trial [53]. The court has been advised co-defendant does not oppose the continuance. The undersigned magistrate judge has also communicated with the attorneys. For the reasons set forth in the motion, and the additional information provided by the attorneys, the undersigned magistrate judge finds good cause to grant a continuance. Accordingly:

**IT IS ORDERED** that the Amended Unopposed Motion to Continue Trial [53] is granted, as follows:

1. The jury trial, now set for March 28, 2023, is continued to **May 2, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 2, 2023,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

4. The Unopposed Motion to Continue (Filing 52) is denied as moot.

**DATED: March 17, 2023**

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge